# Court of Appeals
# of the State of Georgia

ATLANTA,  March 29, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0042.  WILLIAM ANTONIO ELLIS v. STATE OF GEORGIA.**

Petitioner William Antonio Ellis has filed an emergency motion seeking an extension of time to file an application for discretionary appeal from the trial court's February 27, 2023 order revoking his probation under the First Offender Act, and re-sentencing him to a term of 20 years to serve in confinement. In the motion, Ellis requests an extension of up to 45 days to file his application.

Pursuant to Court of Appeals Rule 16 (c), an extension of time to file an application for discretionary appeal must "not exceed the time otherwise allowed for the filing of an application." Under OCGA § 5-6-35 (d), an application for discretionary appeal "shall be filed with the clerk of . . . the Court of Appeals within 30 days of the entry of the order . . . ." Because the time allowed for the filing of an application for discretionary appeal is only 30 days from the date of entry of the order, this Court may grant an extension of time for only 30 days. Therefore, Ellis's motion for an extension of time to file an application for discretionary appeal is GRANTED, but only until April 28, 2023.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  03/29/2023*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*